# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY BETHEL, | 1:12-CV-00969 GSA HC |
| Petitioner, | ORDER DENYING MOTION TO AMEND PLEADINGS |
| v. | [Doc. #7] |
| P. COPENHAVER, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has consented to the exercise of magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On June 15, 2012, Petitioner filed the instant federal habeas petition. After conducting a preliminary review of the petition, on July 6, 2012, the undersigned dismissed the petition. On the same date, judgment was entered pursuant to the order. Thereafter on the same date, Petitioner filed a motion to amend the pleadings. Insomuch as the petition has been dismissed, the motion to amend is moot.

Accordingly, Petitioner's motion to amend is DENIED as moot.

IT IS SO ORDERED.

Dated:   **July 9, 2012**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1